[29 NE3d 235, 6 NYS3d 226]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY C., Appellant.

Decided March 31, 2015

APPEARANCES OF COUNSEL

*Robert S. Dean, Center for Appellate Litigation*, New York City (*David J. Klem* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Susan Gliner* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. The Appellate Division opinion does not suggest a misapprehension or misapplication of its authority to review youthful offender adjudications for abuse of discretion (CPL 720.20 [1] [a]), or under its broad interest-of-justice jurisdiction (*see* CPL 470.15 [6] [b]; *People v Dawn Maria C.*, 67 NY2d 625, 627 [1986]).

Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.